**STATISTICAL INFORMATION ONLY:** Debtor must select the number of each of the following items included in the Plan.

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Diana Polanco,
AKA: Diana Perez,

Debtor(s)

Case No.: 19-11290

Judge: Kaplan

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: May 10, 2019

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: *JKC*    Initial Debtor: *[signature]*    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____1,264.90_____ per _____month_____ to the Chapter 13 Trustee, starting on _____June 2019_____ for approximately _____56_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☒ **NONE**

     a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

     a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ As per fee application |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Services | Taxes | $3,730.01 |

     b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Carrington Mortgage Services, LLC | 46 Stratford Drive, Manalapan, NJ | 55,124.94 | 0.00% | 55,124.94 | $2,563.36 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender   ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Split Rock Resort Timeshare | Timeshare, 1 week, 2 bedroom, Splitrock Resort | Unknown | $7,482.40 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

US Dept Housing and Urban Development (second mortgage)
Ally Financial
Regional Acceptance Corp.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Western Monmouth Utility Authority | 46 Stratford Dr., Manalapan, NJ | 3,000(est.) |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 826.80 to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Administrative

3) Secured/Priority

4) Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| IRS withheld the tax refund for 2018. | Lowered the amount owed to the IRS. |
| Carrington Mortgage Services, LLC has filed a Proof Of Claim indicating the arrears. | Raised the amount owed to Carrington Mortgage Services to account for arrears to be paid through the plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: _May 10, 2019_      _[signature]_ Debtor

Date: _5/10/19_      _[signature]_ Joint Debtor

Date: _____      _____ Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-11290-MBK
Diana Polanco                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: May 16, 2019
                              Form ID: pdf901             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db              +Diana Polanco,    46 Stratford Drive,    Manalapan, NJ 07726-3637
517980277       +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518077294        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517980280       +Carrington Mortgage Services, LLC,    P.O. Box 5001,    Westfield, IN 46074-5001
518156536       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517980281       +Centra State Medical Center,    901 W. Main Street,    Freehold, NJ 07728-2549
517980282       +Chase BAnk,    357 US Highway 9,    Englishtown, NJ 07726-3284
517980283       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
517980284       +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
517980287       +Dept. HUD,    Attn: C&L Service Corp/Morris-Griffin,    2488  E. 81st,    Ste 700,
                  Tulsa, OK 74137-4267
517980288       +Dr. Brian Meehan,    202 Spring Street,    New York, NY 10012-3645
517980289       +Dr. Murray Orbuch,    202 Spring Street,    New York, NY 10012-3645
517980290       +Dr. Olga Leonardi,    80 5th Ave. #1006,    New York, NY 10011-8017
517980291       +Dr. Robert Pincus,    9 W. 67th Street,    New York, NY 10023-6237
517980292       +East River Imagining,    519 E. 72nd St Ste 103,    New York, NY 10021-4094
517980295       +Internal Revenue Service,    Centralized Insolvency OPeration,    PO Box 7346,
                  Kansas City, MO 64116-0046
517980297       +Lenox Hill Radiology,    400 East 66 St,    New York, NY 10065-9320
517980300       +Monmouth Utility,    103 Pension Rd.,    Englishtown, NJ 07726-8401
517980301       +Mount Sinai,    5 E. 98th Street,    New York, NY 10029-6501
517980302       +NY Medical Hospital Center,    550 First Ave. NY,    New York, NY 10016-6497
518157551       +NYU School of Medicine c/o CHRI,    PO BOX 1289,    Peoria IL 61654-1289
517980304       +Princeton-Freehold Radiology,    901 w. Main Street,    Freehold, NJ 07728-2537
517980308       +RBM Inc,    409 Bearden Park Circle.,    Knoxville, TN 37919-7448
517980307        Radius Global Solutions,    120 Corporate Blv d.,    Norfolk, VA 23505
517980309       +Split Rock Resort Timeshare,    PO Box 547C,    Lake Harmony, PA 18624-0820
517980311        Walmart/SYNCB,    PO Box 563097,    Atlanta, GA 30353-0927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:39      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518246423        E-mail/Text: ally@ebn.phinsolutions.com May 16 2019 23:59:33      Ally Capital,    PO Box 13424,
                  Roseville, MN 55113
518054130        E-mail/Text: ally@ebn.phinsolutions.com May 16 2019 23:59:33      Ally Capital,    PO Box 130424,
                  Roseville MN 55113-0004
517980278       +E-mail/Text: bankruptcy@cavps.com May 17 2019 00:00:55      Calvary Portfolio Services,
                  500 Summit Lake,    Suite 400,    Valhalla, NY 10595-2322
517980279       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 00:05:34      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518017077       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 00:05:50
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517983699       +E-mail/Text: bankruptcy@cavps.com May 17 2019 00:00:54      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517980286       +E-mail/Text: electronicbkydocs@nelnet.net May 17 2019 00:00:42      Dept of Ed / 582 / Nelnet,
                  Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517980293       +E-mail/Text: bknotice@ercbpo.com May 17 2019 00:00:43      Enhanced Recovery Company,
                  8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
517980294       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 17 2019 00:05:01      Exeter Finance Corp,
                  Po Box 166008,    Irving, TX 75016-6008
517980296       +E-mail/Text: bncnotices@becket-lee.com May 16 2019 23:59:41      Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
517986954        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 00:05:46      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517980298       +E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 00:05:06
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
517980299       +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2019 00:00:35      Midland Credito Mgmt,
                  2365 Northside Dr.,    San Diego, CA 92108-2709
517980303       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:03      Old Navy,    PO Box 530942,
                  Atlanta, GA 30353-0942
518157843        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 00:16:32
                  Portfolio Recovery Associates, LLC,    c/o Citi Health,    POB 41067,    Norfolk VA 23541
517987300        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 00:04:22
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517980305       +E-mail/Text: bankruptcy@purchasingpower.com May 17 2019 00:01:10      Purchasing Power,
                  1349 Peachtree Street NW,    Atlanta, GA 30309-2956
517980306       +E-mail/Text: loanservicing@quorumfcu.org May 17 2019 00:00:08      Quorum Fed Cr Un,
                  2 Manhattanville R,    Purchase, NY 10577-2113
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: May 16, 2019
                              Form ID: pdf901          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518246422      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 17 2019 00:05:02      Regional Acceptance Corp,
                PO Box 580075,    Charlotte, NC 28258-0075
517980310       E-mail/Text: appebnmailbox@sprint.com May 17 2019 00:00:32       Sprint,    333 Inverness Dr. S,
                Englewood, CO 80112
517981030      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:05:27       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518016999      +E-mail/Text: electronicbkydocs@nelnet.net May 17 2019 00:00:42
                US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln NE 68508-1911
517980285      +E-mail/PDF: creditonebknotifications@resurgent.com May 17 2019 00:05:01       credit one bank,
                PO Box 60500,    City of Industry, CA 91716-0500
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Diana  Polanco info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```