Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−11290−MBK
                              Chapter: 13
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Polanco
   aka Diana Perez, aka Diana Smith Polanco
   46 Stratford Drive
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−3508

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     2/26/20
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Jenee K. Ciccarelli, Debtor's Attorney

COMMISSION OR FEES
fee: $11,471.25

EXPENSES
expenses: $626.82

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 30, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-11290-MBK
Diana Polanco                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2020
                              Form ID: 137             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db             +Diana Polanco,    46 Stratford Drive,    Manalapan, NJ 07726-3637
517980277      +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518077294       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517980280      +Carrington Mortgage Services, LLC,    P.O. Box 5001,    Westfield, IN 46074-5001
518156536      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517980281      +Centra State Medical Center,    901 W. Main Street,    Freehold, NJ 07728-2549
517980282      +Chase BAnk,    357 US Highway 9,    Englishtown, NJ 07726-3284
517980283      +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
517980287      +Dept. HUD,    Attn: C&L Service Corp/Morris-Griffin,    2488  E. 81st,    Ste 700,
                 Tulsa, OK 74137-4267
517980288      +Dr. Brian Meehan,    202 Spring Street,    New York, NY 10012-3645
517980289     #+Dr. Murray Orbuch,    202 Spring Street,    New York, NY 10012-3645
517980290      +Dr. Olga Leonardi,    80 5th Ave. #1006,    New York, NY 10011-8017
517980291      +Dr. Robert Pincus,    9 W. 67th Street,    New York, NY 10023-6237
517980292      +East River Imagining,    519 E. 72nd St Ste 103,    New York, NY 10021-4094
517980295      +Internal Revenue Service,    Centralized Insolvency OPeration,    PO Box 7346,
                 Kansas City, MO 64116-0046
518303329     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court:  Jersey Central Power & Light,    P.O. Box 3687,
                 Akron, OH 44309-3687)
517980297      +Lenox Hill Radiology,    400 East 66 St,    New York, NY 10065-9320
517980300      +Monmouth Utility,    103 Pension Rd.,    Englishtown, NJ 07726-8401
517980301      +Mount Sinai,    5 E. 98th Street,    New York, NY 10029-6501
518303330       NJ Natural Gas Co.,    P.O. Box 11743,    Newark, NJ 07101-4743
517980302      +NY Medical Hospital Center,    550 First Ave. NY,    New York, NY 10016-6497
518157551      +NYU School of Medicine c/o CHRI,    PO BOX 1289,    Peoria IL 61654-1289
517980304      +Princeton-Freehold Radiology,    901 w. Main Street,    Freehold, NJ 07728-2537
517980308      +RBM Inc,    409 Bearden Park Circle.,    Knoxville, TN 37919-7448
517980307       Radius Global Solutions,    120 Corporate Blv d.,    Norfolk, VA 23505
517980309      +Split Rock Resort Timeshare,    PO Box 547C,    Lake Harmony, PA 18624-0820
517980311       Walmart/SYNCB,    PO Box 563097,    Atlanta, GA 30353-0927
518413960      +Western Monmouth Utilities Authority,    103 Pension Road,    Manalapan, New Jersey 07726-8498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2020 23:45:07      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2020 23:45:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518246423       E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 23:44:10      Ally Capital,    PO Box 13424,
                 Roseville, MN 55113
518054130       E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 23:44:10      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517980278      +E-mail/Text: bankruptcy@cavps.com Jan 30 2020 23:45:22      Calvary Portfolio Services,
                 500 Summit Lake,   Suite 400,    Valhalla, NY 10595-2322
517980279      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 23:46:53      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518017077      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2020 23:47:45
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518156536      +E-mail/Text: BKBCNMAIL@carringtonms.com Jan 30 2020 23:44:12
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517983699      +E-mail/Text: bankruptcy@cavps.com Jan 30 2020 23:45:22      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517980284      +E-mail/Text: convergent@ebn.phinsolutions.com Jan 30 2020 23:45:30
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
517980286      +E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2020 23:45:09      Dept of Ed / 582 / Nelnet,
                 Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517980293      +E-mail/Text: bknotice@ercbpo.com Jan 30 2020 23:45:10      Enhanced Recovery Company,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
517980294      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 30 2020 23:47:02      Exeter Finance Corp,
                 Po Box 166008,    Irving, TX 75016-6008
518413990      +E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 23:44:29      Internal Revenue Services,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517980296      +E-mail/Text: bncnotices@becket-lee.com Jan 30 2020 23:44:19      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517986954       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 23:48:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517980298      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 23:47:07
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517980299      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2020 23:45:04      Midland Credito Mgmt,
                 2365 Northside Dr.,    San Diego, CA 92108-2709
517980303      +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 23:47:57      Old Navy,    PO Box 530942,
                 Atlanta, GA 30353-0942
```

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Jan 30, 2020
                              Form ID: 137              Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518157843         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 23:46:58
                   Portfolio Recovery Associates, LLC,    c/o Citi Health,    POB 41067,    Norfolk VA 23541
517987300         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 23:47:41
                   Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
517980305        +E-mail/Text: bankruptcy@purchasingpower.com Jan 30 2020 23:45:33     Purchasing Power,
                   1349 Peachtree Street NW,    Atlanta, GA 30309-2956
517980306        +E-mail/Text: loanservicing@quorumfcu.org Jan 30 2020 23:44:39     Quorum Fed Cr Un,
                   2 Manhattanville R,    Purchase, NY 10577-2113
518246422        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 30 2020 23:47:39     Regional Acceptance Corp,
                   PO Box 580075,    Charlotte, NC 28258-0075
518360324         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 30 2020 23:47:39     Regional Acceptance Corporation,
                   PO Box 1847,    Wilson, NC 27894-1847
517980310         E-mail/Text: appebnmailbox@sprint.com Jan 30 2020 23:45:04     Sprint,    333 Inverness Dr. S,
                   Englewood, CO 80112
517981030        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 23:47:57     Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518303332         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 30 2020 23:47:18     T. Mobile,
                   P.O. Box 742596,    Cincinnati, OH 45274-2596
518016999        +E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2020 23:45:09
                   US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                   Lincoln NE 68508-1911
517980285        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 23:47:00      credit one bank,
                   PO Box 60500,    City of Industry, CA 91716-0500
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518303331*       +Split Rock Resort Timeshare,    PO Box 547C,    Lake Harmony, PA 18624-0820
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Diana  Polanco info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```