**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
19-0023
jenee@jc-lawpc.com

Order Filed on February 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Diana Polanco

Debtor(s)

Case No.    19-11290

Chapter:    13

Hearing Date:    February 26, 2020 @ 2:00 pm

Judge: Hon. Michael B Kaplan

### ORDER GRANTING PRE AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: February 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtors: Diana Polanco
Case No. 19-11290/MBK
Caption:  Order Granting Pre and Post-Confirmation Chapter 13 Fees
_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed of fee of $11,471.25 for additional services and $626.82 for disbursements for a total of $12,098.07 less amount of $2,843.00 previously received for a total due of $9,255.07.  The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment will be determined at the Confirmation of a Modified Plan to be filed; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Albert Russo, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.