STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.

| 0 Valuation of Security | 0 Assumption of Executory Contract or Unexpired Lease | 0 Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Diana Polanco,  
AKA: Diana Perez,  
    Debtor(s)

Case No.: 19-11290  
Judge: Kaplan

## Chapter 13 Plan and Motions

☐ Original  
☒ Modified/Notice Required  
☐ Motions Included  
☐ Modified/No Notice Required  

Date: February 26, 2020

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JKC    Initial Debtor: [signature]    Initial Co-Debtor: _____

### Part 1:   Payment and Length of Plan

a. The debtor shall pay $ __402.00__ per __month__ to the Chapter 13 Trustee, starting on __February 2020__ for approximately __48__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☒  Loan modification with respect to mortgage encumbering property:
Description: 46 Stratford Drive, Manalapan, NJ 07726
Proposed date for completion: / _____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

$10,141.28 paid in to date.

Debtor also filing motion for entry into the loss mitigation program. Debtor his current on post petition mortgage payments as per the agreement with the bank.

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ As per fee application |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Services | Taxes | $3,730.01 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Carrington Mortgage Services, LLC | 46 Stratford Drive, Manalapan, NJ | 55,124.94 | 0.00% | None - debtor seeking loan modification and capitalization of arrears | $2,563.36 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Split Rock Resort Timeshare | Timeshare, 1 week, 2 bedroom, Splitrock Resort | Unknown | $7,482.40 |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

US Dept Housing and Urban Development (second mortgage)
Ally Financial
Regional Acceptance Corp.

### g. Secured Claims to be Paid in Full Through the Plan: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Western Monmouth Utility Authority | 46 Stratford Dr., Manalapan, NJ | 794.37 |

## Part 5:   Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 826.80 to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6: Executory Contracts and Unexpired Leases** ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7: Motions** ☒ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative
3) Secured/Priority
4) Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: May 15, 2019

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor is arrears to trustee | Debtor changing her plan treatment of secured claim of first mortgage from cure to loan modification |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: February 26, 2020

_[signature]_
Debtor

Date: _____

_____
Joint Debtor

Date: February 26, 2020

_Renee K. Ciccarelli_
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11290-MBK
Diana Polanco                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 2           Date Rcvd: Feb 27, 2020
                       Form ID: pdf901           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
```
db             +Diana Polanco,    46 Stratford Drive,     Manalapan, NJ 07726-3637
517980277      +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,     Baltimore, MD 21264-5018
518077294       Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
517980280      +Carrington Mortgage Services, LLC,    P.O. Box 5001,     Westfield, IN 46074-5001
518156536      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,     Anaheim, CA 92806-5951
517980281      +Centra State Medical Center,    901 W. Main Street,    Freehold, NJ 07728-2549
517980282      +Chase BAnk,   357 US Highway 9,    Englishtown, NJ 07726-3284
517980283      +Commercial Acceptance Company,    2300 Gettysburg Road,     Suite 102,    Camp Hill, PA 17011-7303
517980287      +Dept. HUD,   Attn: C&L Service Corp/Morris-Griffin,     2488  E.  81st,    Ste 700,
                 Tulsa, OK 74137-4267
517980288      +Dr. Brian Meehan,    202 Spring Street,    New York, NY 10012-3645
517980289     #+Dr. Murray Orbuch,    202 Spring Street,    New York, NY 10012-3645
517980290      +Dr. Olga Leonardi,    80 5th Ave. #1006,    New York, NY 10011-8017
517980291      +Dr. Robert Pincus,    9 W. 67th Street,    New York, NY 10023-6237
517980292      +East River Imagining,    519 E. 72nd St Ste 103,    New York, NY 10021-4094
517980295      +Internal Revenue Service,    Centralized Insolvency OPeration,     PO Box 7346,
                 Kansas City, MO 64116-0046
518303329     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,     BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
                (address filed with court:  Jersey Central Power & Light,     P.O. Box 3687,
                 Akron, OH 44309-3687)
517980297      +Lenox Hill Radiology,    400 East 66 St,    New York, NY 10065-9320
517980300      +Monmouth Utility,    103 Pension Rd.,    Englishtown, NJ 07726-8401
517980301      +Mount Sinai,    5 E. 98th Street,    New York, NY 10029-6501
518303330       NJ Natural Gas Co.,    P.O. Box 11743,    Newark, NJ 07101-4743
517980302      +NY Medical Hospital Center,    550 First Ave. NY,    New York, NY 10016-6497
518157551      +NYU School of Medicine c/o CHRI,    PO BOX 1289,    Peoria IL 61654-1289
517980304      +Princeton-Freehold Radiology,    901 w. Main Street,    Freehold, NJ 07728-2537
517980308      +RBM Inc,   409 Bearden Park Circle.,    Knoxville, TN 37919-7448
517980307       Radius Global Solutions,    120 Corporate Blv d.,    Norfolk, VA 23505
517980309      +Split Rock Resort Timeshare,    PO Box 547C,    Lake Harmony, PA 18624-0820
517980311       Walmart/SYNCB,    PO Box 563097,    Atlanta, GA 30353-0927
518413960      +Western Monmouth Utilities Authority,    103 Pension Road,     Manalapan, New Jersey 07726-8498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518246423       E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2020 00:18:20      Ally Capital,    PO Box 13424,
                 Roseville, MN 55113
518054130       E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2020 00:18:20      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517980278      +E-mail/Text: bankruptcy@cavps.com Feb 28 2020 00:19:32      Calvary Portfolio Services,
                 500 Summit Lake,    Suite 400,    Valhalla, NY 10595-2322
517980279      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2020 00:30:22       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518017077      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2020 00:32:51
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518156536      +E-mail/Text: BKBCNMAIL@carringtonms.com Feb 28 2020 00:18:21
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,     Anaheim, CA 92806-5951
517983699      +E-mail/Text: bankruptcy@cavps.com Feb 28 2020 00:19:32      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517980284      +E-mail/Text: convergent@ebn.phinsolutions.com Feb 28 2020 00:19:39
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
517980286      +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2020 00:19:19      Dept of Ed / 582 / Nelnet,
                 Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517980293      +E-mail/Text: bknotice@ercbpo.com Feb 28 2020 00:19:19      Enhanced Recovery Company,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
517980294      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Feb 28 2020 00:30:31       Exeter Finance Corp,
                 Po Box 166008,    Irving, TX 75016-6008
518413990      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 28 2020 00:18:40      Internal Revenue Services,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517980296      +E-mail/Text: bncnotices@becket-lee.com Feb 28 2020 00:18:29       Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517986954       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 00:31:39       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517980298      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 00:30:36
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517980299      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2020 00:19:15      Midland Credito Mgmt,
                 2365 Northside Dr.,    San Diego, CA 92108-2709
```

```
District/off: 0312-3                User: admin                 Page 2 of 2                     Date Rcvd: Feb 27, 2020
                                    Form ID: pdf901             Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517980303       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:32:03      Old Navy,    PO Box 530942,
                 Atlanta, GA 30353-0942
518157843        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2020 00:30:30
                 Portfolio Recovery Associates, LLC,    c/o Citi Health,    POB 41067,    Norfolk VA 23541
517987300        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 00:30:36
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517980305       +E-mail/Text: bankruptcy@purchasingpower.com Feb 28 2020 00:19:44      Purchasing Power,
                 1349 Peachtree Street NW,    Atlanta, GA 30309-2956
517980306       +E-mail/Text: loanservicing@quorumfcu.org Feb 28 2020 00:18:50      Quorum Fed Cr Un,
                 2 Manhattanville R,    Purchase, NY 10577-2113
518246422       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 28 2020 00:32:25      Regional Acceptance Corp,
                 PO Box 580075,    Charlotte, NC 28258-0075
518360324        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 28 2020 00:32:25      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
517980310        E-mail/Text: appebnmailbox@sprint.com Feb 28 2020 00:19:12      Sprint,    333 Inverness Dr. S,
                 Englewood, CO 80112
517981030       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:32:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518303332        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 28 2020 00:32:01      T. Mobile,
                 P.O. Box 742596,    Cincinnati, OH 45274-2596
518016999       +E-mail/Text: electronicbkydocs@nelnet.net Feb 28 2020 00:19:19
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln NE 68508-1911
517980285       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 28 2020 00:30:29      credit one bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518303331*      +Split Rock Resort Timeshare,    PO Box 547C,    Lake Harmony, PA 18624-0820
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jenee K. Ciccarelli    on behalf of Debtor Diana  Polanco info@jc-lawpc.com,
          nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
         Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```