**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
19-0023
jenee@jc-lawpc.com

Order Filed on February 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Diana Polanco

Debtor(s)

Case No.      19-11290

Chapter:      13

Hearing Date:   February 26, 2020 @ 2:00 pm

Judge: Hon. Michael B Kaplan

## ORDER GRANTING PRE AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: February 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtors: Diana Polanco
Case No. 19-11290/MBK
Caption:  Order Granting Pre and Post-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed of fee of $11,471.25 for additional services and $626.82 for disbursements for a total of $12,098.07 less amount of $2,843.00 previously received for a total due of $9,255.07.  The allowance shall be  payable:

_____X_____       through the Chapter 13 plan as an administrative priority .


_____       outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment will be determined at the Confirmation of a Modified Plan to be filed; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Albert Russo, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Diana Polanco  
    Debtor

Case No. 19-11290-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 1       Date Rcvd: Feb 28, 2020
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
db          +Diana Polanco,    46 Stratford Drive,    Manalapan, NJ 07726-3637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jenee K. Ciccarelli    on behalf of Debtor Diana   Polanco info@jc-lawpc.com,
         nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Keri P. Ebeck    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7