Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.: 19–11290–MBK
>Chapter: 13
>Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Diana Polanco
aka Diana Perez, aka Diana Smith Polanco
46 Stratford Drive
Manalapan, NJ 07726

Social Security No.:
xxx–xx–3508

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 31, 2020         Michael B. Kaplan
                                Judge, United States Bankruptcy Court